# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2010

140220 & (24)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re name change of
PETER JOSHUA LABRECK.

_____

PETER JOSHUA LABRECK,
       Petitioner-Appellant,

v

OAKLAND PROBATE COURT,
       Respondent-Appellee.

SC: 140220
COA: 293259
Oakland CC: 2009-757989-NC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2010

_____
Clerk

s0105